<u>Exhibit F</u>



**AMERICAN CIVIL LIBERTIES UNION of MICHIGAN**

| State Headquarters | Legislative Office | West Michigan Regional Office |
|---|---|---|
| 2966 Woodward Avenue | P. O. Box 18022 | 89 Ionia NW, Suite 300 |
| Detroit, MI 48201-3035 | Lansing, MI 48901-8022 | Grand Rapids, MI 49503 |
| Phone 313.578.6800 | Phone 517.372.8503 | Phone 616.301.0930 |
| Fax 313.578.6811 | Fax 517.372.5121 | Fax 616.456.1450 |
| Email aclu@aclumich.org | Email lansing@aclumich.org | Email aclu@aclumich.org |
| www.aclumich.org | www.aclumich.org | www.aclumich.org |

*** <u>LEGAL MAIL</u> ***

February 19, 2014

■■■■■■■■, Resident
Livingston County Jail
150 S. Highlander Way
Howell, MI 48843

Dear Mr. ■■■■:

The American Civil Liberties Union of Michigan (ACLU) is investigating the Livingston County Jail's troubling "postcard only" policy for inmate mail, which we believe to be unconstitutional.

In order to learn more about this policy and its effects on inmates and their families, we wish to meet with individuals who may be interested in challenging this policy in court. <u>The purpose of this letter is to find out if you are interested in meeting with an ACLU attorney</u>, or someone who works under the supervision of an ACLU attorney, for the purpose of obtaining <u>legal advice or assistance</u> regarding the Livingston County Jail's postcard-only mail policy. If you are, please fill out the enclosed form and return it to me in the enclosed envelope as soon as possible.

Unfortunately, it is extremely unlikely that we will be able to help you with any other legal issues you may have. Furthermore, it may turn out that we are ultimately unable to represent you in this matter. By filling out the form below, you would be requesting a meeting with an ACLU attorney in order to seek legal advice or discuss the possibility of legal representation.

Sincerely,

*Daniel S. Korobkin*

Daniel S. Korobkin, Esq.
Deputy Legal Director, ACLU of Michigan
2966 Woodward Ave.
Detroit, MI 48201

Kary L. Moss, Esq. | Executive Director     Ralph Simpson, Esq. | President     Mark Granzotto, Esq. | General Counsel

### *** LEGAL MAIL ***

### REQUEST FOR MEETING WITH ACLU ATTORNEY

Name: _____

Expected Release Date or Trial Date: _____

I am concerned that the Livingston County Jail's postcard-only mail policy may be unconstitutional, and I wish to speak with an ACLU attorney, or someone working under the supervision of an ACLU attorney, for the purpose of requesting legal advice or assistance regarding that issue.

Signature: _____

Dated: _____