**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AMERICAN CIVIL LIBERTIES
UNION FUND OF MICHIGAN,

                                       Civil Action No. 14-11213

    Plaintiff,

                                       Honorable Denise Page Hood

v.

LIVINGSTON COUNTY, BOB
BEZOTTE and TOM CREMONTE,

    Defendants.
_____/

**ORDER GRANTING MOTION FOR EXTENSION**
**OF TEMPORARY RESTRAINING ORDER [#21]**

On April 11, 2014, the Court entered a Temporary Restraining Order in this matter. Plaintiff American Civil Liberties Union Fund of Michigan ("ACLU") now seeks an extension of the TRO. Plaintiff asserts Defendants do not agree to the extension.

The TRO expires 14 days after entry, "unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2). As noted, Defendants do not consent to any extension.

Plaintiff asserts that Plaintiff intends to send letters to the inmates providing or offering to provide legal advice or assistance on the matter of the Jail's postcard-only

policy.  In light of Defendants' refusal to consent to extend the TRO until the scheduled preliminary injunction hearing on May 12, 2014, Plaintiff claims its right to have continuing communications with the inmates via legal mail is endangered before the preliminary injunction hearing which is scheduled for May 12, 2014.

The Court finds that Plaintiff has shown good cause for the extension of the TRO for another 14 days as provided under Rule 65(b)(2).  As noted by the Court in its TRO, the reasoning incorporated in this Order, mail from the ACLU is considered confidential legal mail and Plaintiff has shown it was and continues to be irreparably harmed by Defendants' actions.  (Doc. No. 12, TRO); *Sallier v. Brooks*, 343 F.3d 868, 877 (6th Cir. 2003).  The TRO was entered on April 11, 2014, which automatically expires on April 28, 2014.  Fed. R. Civ. P. 65(b)(2) and 6(a).  This order extends the TRO as authorized by Rule 65(b)(2), for another 14 days from April 29, 2014, to May 13, 2014.  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Extension of Temporary Restraining Order **(Doc. No. 21, filed April 24, 2014)** is **GRANTED**.  The terms of the April 11, 2014, TRO is extended from April 29, 2014, through May 13, 2014.

                                      S/Denise Page Hood
                                      Denise Page Hood
                                      United States District Judge

Dated:  April 25, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 25, 2014, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager